UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| YVONNE BLACK, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-1143 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ELIZABETH HERTEL | ) | |
| and GRETCHEN WHITMER., | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 1, 2021                                         /s/  Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge